No. 01–1810.  JOHNSON *v.* LAWSON & LAWSON TOWING CO., INC.  C. A. 5th Cir.  Certiorari denied.

No. 01–1811.  JANSEN ET AL. *v.* U. S. BANK NATIONAL ASSN., ND, FKA FIRST BANK OF SOUTH DAKOTA, N. A., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 01–1812. · KELLY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–1813.  MANKARIOUS ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–1814.  TERRILL *v.* CHAO, SECRETARY OF LABOR.  C. A. 4th Cir.  Certiorari denied.

No. 01–1815.  BROWN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–1816.  NAJJAR *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari·denied.

No. 01–1818.  SANTIAGO *v.* K-SIX TELEVISION, INC., ET AL.  Sup. Ct. Tex.  Certiorari denied.

No. 01–1819.  SALGADO ET AL. *v.* ROSALES ET AL.  C. A. 9th Cir.  Certiorari denied.

· No. 01–1820.  RODRIGUEZ *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 01–1821.  SMITH *v.* PLATI ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 01–1822.  PAPPA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–1824.  RICHLAND BOOKMART, INC., DBA TOWN AND COUNTRY *v.* NICHOLS.  C. A. 6th Cir.  Certiorari denied.

No. 01–1825.  FARBER *v.* CITY OF UTICA ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 01–1826.  FORSHEY *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.